IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY BROWN, on her own behalf and on behalf of all others similarly situated. | : : : : |
| Plaintiff, | : : |
| vs. | : : |
| RITA'S WATER ICE FRANCHISE COMPANY, LLC | : : : |
| Defendants. | : |

CIVIL ACTION NO: 15-CV-3509-TJS

## ORDER

**AND NOW,** this _____ day of _____, 2015, upon consideration of Defendant's Motion to Dismiss and/or Strike, and Plaintiff's opposition thereto, if any, and for good cause shown, **IT IS**

**ORDERED** that Defendant's Motion to Dismiss and/or Strike is **GRANTED**; and

It is further **ORDERED t**hat Count I and Count II of the Complaint are dismissed without prejudice; and

It is further **ORDERED** that Plaintiff's Class Claims are stricken without prejudice, except that Plaintiff's class claims are stricken with prejudice to the extent that Plaintiff seeks to represent any individual who received text messages after signing up on Rita's Cool Alerts website and took no further action.

**BY THE COURT:**

_____
**Timothy J. Savage, J.**