IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY BROWN, on her own behalf** | : | **CIVIL ACTION** |
| **and on behalf of all others similarly** | : | |
| **situated** | : | |
| | : | |
| **v.** | : | **NO. 15-3509** |
| | : | |
| **RITA'S WATER ICE FRANCHISE** | : | |
| **COMPANY LLC** | : | |

### ORDER

**AND NOW**, this 20th day of October, 2015, upon consideration of Defendant Rita's Water Ice Franchise Company LLC's Motion to Dismiss and/or Strike (Document No. 18) and an amended complaint having been filed, it is **ORDERED** that the motion is **DISMISSED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.