IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY BROWN, on her own behalf and on behalf of all others similarly situated** | : : : : : : | **CIVIL ACTION** |
| **v.** | : : : | **NO. 15-3509** |
| **RITA'S WATER ICE FRANCHISE COMPANY LLC** | : : | |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this 28th day of January, 2016, upon consideration of the parties' Stipulation and [Proposed] Order Vacating Current Schedule and Setting Schedule for Submission of Class Settlement for Court Approval, and the parties having advised that they have reached a settlement in principle, it is **ORDERED** as follows:

1. The parties shall file a joint motion for preliminary approval of class settlement no later than **March 14, 2016**.

2. A hearing on the motion for preliminary approval shall be held on **March 22, 2016**, at 9:00 a.m., in Courtroom 9A.

3. The defendant shall answer or otherwise file a responsive pleading to the Amended Complaint no later than **March 31, 2016**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.