# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY BROWN and ERICKA NEWBY,** on their own behalf and on behalf of all others similarly situated | : : : : | **CIVIL ACTION** |
| **v.** | : : : | **NO. 15-3509** |
| **RITA'S WATER ICE FRANCHISE COMPANY LLC** | : : | |

## ORDER

**NOW**, this 16th day of March, 2017, upon consideration of the Plaintiffs' Motion and Memorandum in Support of Approval of Class Representative Incentive Awards and for Reasonable Attorneys' Fees and Costs (Document No. 46), Plaintiffs' Supplemental Brief in Support of Plaintiff's Motion for Reasonable Attorneys' Fees and Costs (Document No. 55), and after a hearing on July 26, 2016, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Class Counsel are awarded attorney fees in the amount of $651,000.00 from the Settlement Fund;

2. Class Counsel are awarded $40,073.97 in expenses; and

3. The Class Representatives are each awarded $5,000.00 as incentive awards.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.