# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY BROWN and ERICKA NEWBY, on their own behalf and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| RITA'S WATER ICE FRANCHISE COMPANY LLC | : : : | NO. 15-3509 |

## ORDER

**NOW**, this 14th day of September, 2017, upon consideration of the plaintiffs' Motion to Approve Class Disbursement (Document No. 60) and the Supplemental Findings of Fact (Document No. 61), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Net Settlement Fund shall be distributed to the 10,164 Class Members who submitted a timely and valid claim form, as follows:

1. The 9,684 Class Members who received one Cool Alert text message from Rita's during the class period will each receive an award in the amount of $144.00; and

2. The 480 Class Members who received at least one other Cool Alert text message from Rita's after texting "STOP" to Rita's will each receive an award in the amount of $1,584.00.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.